IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3084 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DAVID S. DETWEILER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for judgment of acquittal or in the alternative a new trial and supporting brief (filings 44 and 45) are denied.

November 10, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge