```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )             4:04CR3084<br>      v.                            )<br>                                    )<br>DAVID S. DETWEILER,                 )<br>                                    )         MEMORANDUM AND ORDER<br>            Defendant.              )<br>                                    ) | |

Defendant has filed a motion for appointment of counsel. He seeks counsel's assistance in drafting a motion pursuant to 28 U.S.C. § 2255. Defendant should attempt to draft his own Section 2255 motion. There are forms available for doing so from the clerk's office. Once the motion is filed, the court will review it and determine whether counsel should be appointed.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 77, is denied, without prejudice to renewal after a motion under 28 U.S.C. § 2255 has been filed.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge