IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3084 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID S. DETWEILER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Defendant's letter to the court requesting copies of jury instructions, treated as a motion (filing 79), is denied.

2. Defendant's application to proceed in forma pauperis (filing 80) is denied without prejudice.

March 28, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge