IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3084 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID S. DETWEILER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's motion for reconsideration (filing 93), treated either as a motion to alter or amend judgment filed pursuant to Federal Rule of Civil Procedure 59(e) or as a motion for relief from judgment filed pursuant to Federal Rule of Civil Procedure 60(b), is denied.

December 21, 2007.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge