IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID S. DETWEILER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to compel (filing 110) is denied.

DATED this 13th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge