IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID S. DETWEILER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons expressed in the government's response (filing 113),

IT IS ORDERED that the defendant's motion for downward departure (filing 112) is denied.

DATED this 17th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge